Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| DANIEL BECKER,<br><br>    Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 5:16-cv-04620-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT NAVY FEDERAL CREDIT UNION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Daniel Becker and defendant Navy Federal Credit Union ("NFCU"), that NFCU. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | DATED:  November 9, 2016 | Sagaria Law, P.C. |
| 2 | | By: ____*/s/ Elliot W. Gale*____ |
| 3 | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| 4 | | Daniel Becker |
| 5 | | |
| 6 | DATED: November 9, 2016 | Gordon & Rees LLP |
| 7 | | |
| 8 | | By: ____*/s/ Benjamin Morton*____ |
| 9 | | Benjamin Morton |
| | | Attorneys for Defendant |
| 10 | | Navy Federal Credit Union |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Morton has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, NFCU is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 11/15/2016

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE