SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DANIEL BECKER, | Case No.: 5:16-CV-04620-EJD |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| EXPERIAN INFORMATION SOLUTIONS, INC; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Daniel Becker and defendant Experian Information Solutions, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

//

//

//

NOTICE OF SETTLEMENT - 1

| | | |
|---|---|---|
| | | **Sagaria Law, P.C.** |
| Dated: | March 29, 2017 | /s/ *Elliot Gale* |
| | | Elliot Gale |
| | | Attorneys for Plaintiff |
| | | |
| | | **Jones Day** |
| Dated: | March 29, 2017 | /s/ *Amir Amiri* |
| | | Amir Amiri |
| | | Attorneys for Defendant |
| | | Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amir Amiri has concurred in this filing.

*/s/ Elliot Gale*